UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EMERSON ELECTRIC CO.,

               Plaintiff,

v.                                       Case No. 4:12-cv-504CDP

ANAHEIM MANUFACTURING CO.,

               Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Emerson Electric Co. hereby voluntarily dismisses this action with prejudice.  Each party agrees

to bear its own costs, expenses and attorneys' fees.

Dated:  January 10, 2013             Respectfully submitted,

                                 HARNESS, DICKEY & PIERCE, PLC

By:     /s/ Kara R. Fussner
         Rudolph A.  Telscher, 41072MO
         rtelscher@hdp.com
         Kara R. Fussner, 54656MO
         kfussner@hdp.com
         7700 Bonhomme, Suite 400
         Clayton, MO 63105
         Telephone: (314) 726-7500
         Facsimile: (314) 726-7501

*Counsel for Plaintiff, Emerson Electric Co.*

<u>**CERTIFICATE OF SERVICE**</u>

It is hereby certified this 10th day of January, 2013 that a true and correct copy of the

foregoing document was served via the Court's Electronic Filing System on the following:

Terry Lueckenhoff
tlueckenhoff@foxgalvin.com
John E. Galvin
jgalvin@foxgalvin.com
FOX GALVIN, LLC
One S. Memorial Drive, 12th Floor
St. Louis, MO  63102
Telephone: (314) 588-7000
Facsimile: (314) 588-1965

Robert Ashbrook
robert.ashbrook@dechert.com
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
Telephone:  (215) 994-2215
Facsimile: (215) 655-2215

*Counsel for Defendant, Anaheim Manufacturing Co.*

/s/ Kara R. Fussner

61047850.1